# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID L. WILLIAMS

NO. 2025 KW 0745

**OCTOBER 6, 2025**

---

In Re: David L. Williams, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-13-0241.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the application for postconviction relief filed with the district court, the district court's ruling on the application, the commissioner's recommendation, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the application for postconviction relief.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT